944 F.2d 1088w
 138 L.R.R.M. (BNA) 2298, 60 USLW 2201
 FEDERAL LABOR RELATIONS AUTHORITY, Petitioner No. 90-3690,
v.
U.S. DEPARTMENT OF the NAVY, NAVY SHIPS PARTS CONTROL
CENTER, and U.S. Department of the Navy, Navy Fleet Material
Support Office, and U.S. Department of the Navy, Navsea
Logistics Center, and U.S. Department of the Navy, Navy
Publishing and Printing Service, Respondents
American Federation of Government Employees, Intervenor.
U.S. DEPARTMENT OF the NAVY, NAVY SHIPS PARTS CONTROL
CENTER, and U.S. Department of the Navy, Navy Fleet Material
Support Office, and U.S. Department of the Navy, Navsea
Logistics Center, and U.S. Department of the Navy, Navy
Publishing and Printing Service, Petitioner No. 90-3724,
v.
FEDERAL LABOR RELATIONS AUTHORITY, Respondent.
 Nos. 90-3690, 90-3724.
 United States Court of Appeals,
Third Circuit.
 Argued May 9, 1991.
Decided Sept. 13, 1991.
Rehearing and Rehearing In Banc Granted,
Opinion and Judgment Ordered Vactaed
Nov. 5, 1991.
 NOTE: THE COURT HAS WITHDRAWN THIS OPINION